1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Ann T. Wick
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:20-CR-6045-SMJ |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 2250(a) |
| ROBERT J. BARBEE, | Failure to Register as a Sex Offender |
| Defendant. | |

The Grand Jury charges:

On or about August 9, 2019, and continuing to on or about October 28, 2019, in the Eastern District of Washington and elsewhere, the Defendant, ROBERT J. BARBEE, a person required to register under the Sex Offender Registration Notification Act, traveled in interstate commerce, and did knowingly

//
//
//

INDICTMENT – 1

fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

DATED this 15 day of December, 2020.



_____
William D. Hyslop
United States Attorney

_____
Ann T. Wick (for)
Assistant United States Attorney

INDICTMENT – 2