AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 16, 2024**

SEAN F. McAVOY, CLERK

United States of America
v.
Robert James Barbee

Case No. 4:20CR06045-MKD-1

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert James Barbee,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Petition and Order filed 12/5/2023

Date: Dec 06, 2023, 8:56 am

*Issuing officer's signature*

City and state: Richland, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/6/23, and the person was arrested on *(date)* 1/8/24
at *(city and state)* Chico, CA

Arrested within the E/CA

Date: 1/8/24

By: USMS
*(Agency)*

Arresting officer's signature

Executed On: 1/8/24
Sign: Reagan R. Schraner, USMS
*Printed name and title*