PROB 12C
(6/16)

Report Date: December 5, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert James Barbee | Case Number: 0980 4:20CR06045-MKD-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Washington 98901 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 23, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison 30 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | November 20, 2022 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | April 9, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On April 13, June 16, and October 16, 2023, the conditions of supervised release were reviewed and signed with Mr. Barbee, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.<br><br>**Supporting Evidence**: Mr. Barbee is alleged to have violated his supervised release conditions by failing to report contact with a child under the age of 18 on or before November 9, 2023.<br><br>On November 13, 2023, Mr. Barbee reported to this officer that on November 8, 2023, his adult friend picked him up at the offender's place of residence and drove him to the same |

Prob12C
**Re: Barbee, Robert James**
**December 5, 2023**
**Page 2**

|   |   |
|---|---|
|   | friend's house in Yakima, Washington. Upon entry into the vehicle, Mr. Barbee reported to this officer that he noticed a female in the backseat that appeared to be under the age of 18. The offender expressed to this officer that once he arrived to his friend's house he confirmed with his friend that the female was 17 years of age. |
| 2 | **Special Condition #2**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.

**Supporting Evidence**: Mr. Barbee is alleged to have violated his supervised release conditions by failing to reside at his approved residence and failing to notify this officer of a change of address on or before December 5, 2023.

On December 4, 2023, the Progress House assistant house manager reported to this officer that Mr. Barbee had taken most of his personal belongings and had not returned to the clean and sober house since November 30, 2023. He reported Mr. Barbee's whereabouts were unknown. On this same date, this officer made multiple attempts to contact Mr. Barbee at his last reported cellular telephone number. The telephone calls were unanswered and the offender's voicemail was not set; therefore, this officer sent Mr. Barbee a text message instructing him to call this officer before 5 p.m. As of the writing of this report, Mr. Barbee has not made contact with the probation office nor reported a change of residence to this officer. Mr. Barbee's whereabouts is unknown. |
| 3 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Barbee is alleged to have violated his supervised release conditions by failing to report to this officer as instructed on December 4, 2023.

On December 4, 2023, the Progress House assistant house manager reported to this officer that Mr. Barbee had taken most of his personal belongings and had not returned to the clean and sober house since November 30, 2023. He reported Mr. Barbee's whereabouts were unknown. On this same date, this officer made multiple attempts to contact Mr. Barbee at his last reported cellular telephone number. The telephone calls were unanswered and the offender's voicemail was not set; therefore, this officer sent Mr. Barbee a text message instructing him to report to this officer before 5 p.m. Mr. Barbee failed to make contact with this officer as instructed on December 4, 2023.

On December 5, 2023, this officer made a final attempt to make telephonic contact with Mr. Barbee but was unsuccessful. As of the writing of this report, Mr. Barbee's whereabouts remain unknown. |
| 4 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Barbee, Robert James**
**December 5, 2023**
**Page 3**

**Supporting Evidence**: Mr. Barbee is alleged to have violated his supervised release conditions by failing to submit to a random urinalysis (UA) at the probation office on December 5, 2023.

On October 16, 2023, Mr. Barbee was instructed to call Merit Resource Services (Merit) Federal Drug Testing Colorline System and when his assigned color was called, he was to report and submit to a UA at any of the Merit offices or the United States Probation Office. The offender verbalized an understanding expressed he felt more comfortable reporting to the probation office for UA testing. Therefore, Mr. Barbee was instructed to continue to call Merit's Federal Drug Testing Colorline System and report to the probation office when his color was called.

On December 5, 2023, Mr. Barbee's assigned color (brown) was called and he failed to report to the U.S. Probation Office for a UA.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 5, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

12/5/2023
Date