PROB 12C
(6/16)

Report Date: July 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert James Barbee                Case Number: 0980 4:20CR06045-MKD-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 23, 2021

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: April 11, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: April 9, 2028 |

## PETITIONING THE COURT

**Please Note:** The purpose of this petition is to replace violation number 5 on (ECF 55), as well as reflect a change in the grade of violation and guideline provisions.

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/5/2023 and 1/25/2024.

On April 13, June 16, and October 16, 2023, the conditions of supervised release were reviewed and signed, with Mr. Barbee acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Barbee is alleged to have violated his supervised release conditions by being charged with Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), on or about May 21, 2024.<br><br>On May 21, 2024, Mr. Barbee was formally charged in the Eastern District of Washington for Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), case number 1:24CR02041-MKD-1. |

Prob12C
**Re: Barbee, Robert James**
**July 18, 2024**
Page 2

According to the Notice of Intent to Plead Guilty filed for case number 1:24CR02041-MKD-1, in early December of 2023, Mr. Barbee left the Eastern District of Washington, and made his way to California. While in California, the offender did not complete and comply with the Sex Offender Registration and Notification Act (SORNA) requirements.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 18, 2024

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

7/19/2024
Date